**In re Keith G. ASKOFF, Appellant.**

**No. 2015–1508.**

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2016.

Joseph Greco, Beck, Ross, Bismonte & Finley LLP, San Jose, CA, argued for appellant. Also represented by Alfredo A. Bismonte.

Joseph Gerard Piccolo, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Jeremiah Helm.

DYK, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**